**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8023**

CHRISTOPHER EUGENE MCCOY,

                Plaintiff – Appellant,

      v.

SERGEANT WHITE; DEPUTY TAYLOR,

                Defendants – Appellees,

      and

ABDUL-HAMID JAMULDEEN, M.D.,

                Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:07-cv-00395-RBS-TEM)

Submitted:  May 1, 2009             Decided:  May 11, 2009

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Eugene McCoy, Appellant Pro Se.  Lisa Ehrich, Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene McCoy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See McCoy v. White, No. 2:07-cv-00395-RBS-TEM (E.D. Va. Aug. 14, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED